INVOICE

Your Invoice
Order # 353074670
Date 6/19/2005 9:25:25 AM

**Bill To:** Shelly Weiss
9296 TALWAY CIR
Boynton Beach, FL  33437

**Ship To:** Shelly Weiss
9296 TALWAY CIR
Boynton Beach, FL  33437

**Charges Today**

| Qty | Product Description | Unit Price | Total |
|---|---|---|---|
| 2 | Motorola RAZR V3 (Camera Phone) | $169.99 | $339.98 |
|   | Sub Total |  | $339.98 |
|   | Shipping |  | $0.00 |
|   | Tax |  | $0.00 |
|   | Total |  | $339.98 |

**Mail-In Rebates/Special Offers - Forms will be included with your shipment**

| Qty | Rebate Description | Unit Price | Total |
|---|---|---|---|
| 2 | FREE RAZR V3 Rebate Offer | -$170.00 | -$340.00 |
| 2 | BONUS FREE Motorola HS810 Bluetooth Headset ($99.99 Value) | -$0.00 | -$0.00 |
|   | Total Mail-In Rebate |  | -$340.00 |

**Cingular Wireless Service Charges - To be billed later by Cingular Wireless**

| Qty | Product Description | Unit Price |
|---|---|---|
| 1 | Cingular Nation FamilyTalk 500 w/ Rollover with 1 | $59.99** per month |
|   | Package Includes Primary & Second Line | $0.00 per month |
|   | Activation Fee | $36.00 |
|   | Contract Length | 24 months |

** Cingular also imposes the following charges: a Regulatory Cost Recovery Fee of up to $1.25 to help defray its costs incurred in complying with obligations and charges imposed by State and Federal Telecom regulations, a gross receipts surcharge, and State and Federal Universal Service Charges. The Regulatory Cost Recovery Fee is not a tax or a government required charge.

Click here to return to special offers

Copyright © 2005.

GLOSEX

06 1266

**FILED**

JUL 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://www.wirefly.com/invoice.asp?orderID=353074670&lastname=Weiss&referringdom...  6/19/2005