UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Shelly Salzman, individually and on
behalf of all others similarly situated
9296 Talway Circle
Boynton Beach, Florida 33437

  Plaintiff,

v.

Inphonic, Inc., *et al.*,

  Defendants.

Case No. 1:06CV01266 : ESH

### PRAECIPE

The Clerk of the Court will please record the following address for the Plaintiff which was erroneous omitted from the Complaint filled in the above captioned case.

Sally Salzman
9296 Talway Circle
Boynton Beach, Florida 33437

          Sally Salzman
          By: /s/
            Counsel

Friedlander, Friedlander & Earman, P.C.
BY: /s/
Mark P. Friedlander, Jr., VB# 4773
1364 Beverly Road, Suite 201
McLean, Virginia 22101
703-893-9600
703-893-9650 fax
Counsel for Plaintiff

**RECEIVED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT